# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Tatiana Kouznetsova ,

Plaintiff(s),

v.

The Board of Trustee of the University Of Illinois ,

Defendant(s).

Case No. 14cv4490
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of defendant The Board of Trustees of the University of Illinois and against plaintiff Tatiana Kouznetsova . To the extent Kouznetsova's claims are dismissed solely for failure to exhaust administrative remedies, such dismissal is without prejudice. Otherwise, the dismissal is with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion for summary judgment.

Date: 2/1/2016                    Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk